**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.**

**Dated: January 19, 2011**

Randolph J. Haines

**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**


TIFFANY & BOSCO P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant


10-55374

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Martin Hernandez<br>Debtor. | No. 2:08-BK-16870-RJH<br><br>Chapter 7 |
| Wells Fargo Bank, N.A.<br>Movant,<br>vs.<br><br>Martin Hernandez, Debtor, Lothar Goernitz, Trustee.<br><br>Respondents. | ORDER<br><br>(Related to Docket #32) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 25, 2003 and recorded in the office of the MARICOPA County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Martin Hernandez has an interest in, further described as:

LOT SIXTY-SEVEN (67), HALLCRAFT WESIDE ESTATES, ACCORDING TO THE PLAT OF -RECORD'
IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN
BOOK 153 OF MAPS, PAGE 37.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with the Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against the Debtor if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.